FRANK E. SMITH, Appellant, *v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF ESSEX, Respondent.

*Smith* v. *Board of Suprs. of Essex Co.*, 132 App. Div. 939 affirmed. (Argued October 7, 1909; decided October 26, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1909, which affirmed an order of Special Term denying a motion for an injunction *pendente lite* to restrain the defendant from incurring any expense in acquiring lands for or the erection of county buildings.

The following question was certified : " Was the injunction properly denied upon the grounds stated in the order made at Special Term denying same ? "

*Edgar T. Brackett* and *Carleton H. Lewis* for appellant.

*Berne A. Pyrke* and *Fred W. Dudley* for respondent.

Order affirmed, with costs ; question certified answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Application of ALBERT B. MILES, Appellant, for a Writ of Mandamus.

THOMAS W. HAMER et al., Respondents.

In the Matter of the Application of GEORGE B. KNOLLIN, Appellant, for a Writ of Mandamus.

PETER G. HYDORN et al., Respondents.

*Matter of Miles*, 128 App. Div. 908, affirmed.
*Matter of Knollin*, 128 App. Div. 908, affirmed.
(Argued October 7, 1909; decided October 26, 1909.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court